UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| THOMAS K. BUSH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:15-CV-524-TAV-CCS |
| | ) | |
| ROBERT W. GODWIN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

For the reasons set forth in the memorandum opinion filed contemporaneously with this order, the Court hereby **ORDERS** as follows:

(1) plaintiff's motion for relief [Doc. 51] is **DENIED**;

(2) plaintiff's motion to join parties [Doc. 66] is **DENIED**;

(3) plaintiff's motions to suspend the application of the Federal Rules of Civil Procedure [Docs. 68, 74] are **DENIED**;

(4) plaintiff's motions for sanctions [Docs. 77, 97, 100] are **DENIED**;

(5) plaintiff's motion to amend his complaint [Doc. 85] is **DENIED**;

(6) the motion to join filed by defendants John R. Bush, Nancy Bush, John J. Bush, and Rebecca Bush [Doc. 92] is **GRANTED**;

(7) the motion to dismiss or, alternatively, for a more definite statement filed by defendants Scott Hurley and Rylan Shamblin [Doc. 61] is **GRANTED IN PART and DENIED IN PART**, to the extent described in the Court's memorandum opinion;

(8) defendant Robert Godwin's motion to dismiss [Doc. 91] is **GRANTED**;

(9) this action is **DISMISSED WITHOUT PREJUDICE**; and

(10) the Clerk of Court is **DIRECTED** to **CLOSE** this case.

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE


ENTERED AS A JUDGMENT

   s/ Debra C. Poplin
   CLERK OF COURT